UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION DIVISION

| In Re:<br>SHEARD, BRENDA L.<br><br><br>**Debtor(s)** | **Case No.** 05-66824<br>**Chapter** 07  Asset Case<br>**Judge** MARY GRACE DIEHL<br><br>**Trustee** JANET G. WATTS |
|---|---|

### INTERIM REPORT OF TRUSTEE

1. For the period ending 09/30/10.

2. Date of section 341(a) meeting: 05/13/05     341A continued date:  / /
   Date appointment accepted:    04/11/05

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   | Total receipts | 5,205.00 | Checking | 0.00 |
   |---|---|---|---|
   | Total disbursements | 15,905.94 | Money Market | 0.00 |
   | | | Investment | 0.00 |
   | | | **Total** | **$0.00** |

   The amount of the Trustee's bond is: Blanket Bond $52,350,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                                          **$0.00**
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:   **(None)**
                                                                                                         257.48

5. Projected total value to be realized (total of 3 + 4):                                   **$0.00**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:   Money sent to court on 9/19/2010. NDR after check is cashed and send
                    banking records to United States trustee.

7. Projected date of final report:   12/31/11

   Trustee's Signature:   /s/ JANET G. WATTS

   JANET G. WATTS
   600 N. GLYNN STREET
   SUITE C
   FAYETTEVILLE, GA 30214
   Date: 10/14/10     (770) 461-1320

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-66824 MGD | Trustee: | (300350) JANET G. WATTS |
|---|---|---|---|
| Case Name: | SHEARD, BRENDA L. | Filed (f) or Converted (c): | 04/11/05 (f) |
| | | §341(a) Meeting Date: | 05/13/05 |
| Period Ending: | 09/30/10 | Claims Bar Date: | 08/18/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY-NOT DEBTOR'S RESIDENCE | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | CASH ON HAND | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 5 | PENSION PLANS AND PROFIT SHARING | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | TAX REFUNDS | 700.00 | 0.00 | DA | 0.00 | FA |
| 7 | PERSONAL BODILY INJURY<br>    Originally listed at 5,000; amended to 3,000.00 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES | 11,750.00 | Unknown | DA | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES  (u) | 10,000.00 | 5,205.00 | OA | 5,205.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 96.98 | Unknown |
| 10 | **Assets**   Totals (Excluding unknown values) | **$120,055.00** | **$5,205.00** | | **$5,301.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Money sent to court on 9/19/2010. NDR after check is cashed and send banking records to United States trustee.

Printed: 10/14/2010 05:36 PM    V.12.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 05-66824 MGD | Trustee: | (300350) | JANET G. WATTS |
| --- | --- | --- | --- | --- |
| Case Name: | SHEARD, BRENDA L. | Filed (f) or Converted (c): | | 04/11/05 (f) |
| | | §341(a) Meeting Date: | | 05/13/05 |
| Period Ending: | 09/30/10 | Claims Bar Date: | | 08/18/05 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

**Initial Projected Date Of Final Report (TFR):** December 31, 2006        **Current Projected Date Of Final Report (TFR):** August 31, 2010

Printed: 10/14/2010 05:36 PM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case Number: | 05-66824 MGD |
| Case Name: | SHEARD, BRENDA L. |
| Taxpayer ID #: | **-***3988 |
| Period Ending: | 09/30/10 |

| | |
|---|---|
| Trustee: | JANET G. WATTS (300350) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****37-65 - Money Market Account |
| Blanket Bond: | $52,350,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/05 | {9} | Brenda L. Sheard | Life insurance proceeds after exemption | 1229-000 | 5,205.00 | | 5,205.00 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.64 | | 5,205.64 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 2.05 | | 5,207.69 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.26 | | 5,209.95 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.36 | | 5,212.31 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.61 | | 5,214.92 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.94 | | 5,217.86 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.80 | | 5,220.66 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.10 | | 5,223.76 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.31 | | 5,227.07 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.55 | | 5,230.62 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.44 | | 5,234.06 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.56 | | 5,237.62 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.56 | | 5,241.18 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.33 | | 5,244.51 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.67 | | 5,248.18 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.44 | | 5,251.62 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.33 | | 5,254.95 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.50 | | 5,258.45 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.62 | | 5,261.07 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.80 | | 5,263.87 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.90 | | 5,266.77 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.90 | | 5,269.67 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.72 | | 5,272.39 |

Subtotals :   $5,272.39   $0.00

{} Asset reference(s)

Printed: 10/14/2010 05:36 PM   V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-66824 MGD
**Case Name:** SHEARD, BRENDA L.

**Taxpayer ID #:** **-***3988
**Period Ending:** 09/30/10

**Trustee:** JANET G. WATTS (300350)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****37-65 - Money Market Account
**Blanket Bond:** $52,350,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.00 | | 5,275.39 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.91 | | 5,278.30 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.63 | | 5,280.93 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.10 | | 5,284.03 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.74 | | 5,286.77 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.69 | | 5,289.46 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.41 | | 5,291.87 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.08 | | 5,292.95 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.98 | | 5,293.93 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.73 | | 5,294.66 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.66 | | 5,295.32 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 5,295.99 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 5,296.66 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.62 | | 5,297.28 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.69 | | 5,297.97 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.57 | | 5,298.54 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.41 | | 5,298.95 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 5,299.32 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,299.53 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,299.73 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,299.96 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,300.17 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,300.37 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,300.60 |

**Subtotals :**  $28.21   $0.00

{} Asset reference(s)

Printed: 10/14/2010 05:36 PM   V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 05-66824 MGD
**Case Name:** SHEARD, BRENDA L.

**Taxpayer ID #:** **-***3988
**Period Ending:** 09/30/10

**Trustee:** JANET G. WATTS (300350)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****37-65 - Money Market Account
**Blanket Bond:** $52,350,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,300.82 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,301.04 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,301.25 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,301.46 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,301.68 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,301.90 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 5,301.98 |
| 01/13/10 | | To Account #********3766 | transferred in anticipation of closing | 9999-000 | | 5,301.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,301.98 | 5,301.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,301.98 | |
| | | | **Subtotal** | | 5,301.98 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,301.98** | **$0.00** | |

{} Asset reference(s)

Printed: 10/14/2010 05:36 PM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-66824 MGD | | Trustee: | JANET G. WATTS (300350) |
|---|---|---|---|---|
| Case Name: | SHEARD, BRENDA L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****37-66 - Checking Account |
| Taxpayer ID #: | **-***3988 | | Blanket Bond: | $52,350,000.00   (per case limit) |
| Period Ending: | 09/30/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/10 | | From Account #********3765 | transferred in anticipation of closing | 9999-000 | 5,301.98 | | 5,301.98 |
| 02/17/10 | 101 | Brenda L. Sheard | funds paid to debtor after abandonment when no creditors ever filed claims<br>Stopped on 05/21/10 | 8200-002 | | 5,301.98 | 0.00 |
| 05/21/10 | 101 | Brenda L. Sheard | funds paid to debtor after abandonment when no creditors ever filed claims<br>Stopped: check issued on 02/17/10 | 8200-002 | | -5,301.98 | 5,301.98 |
| 05/25/10 | | Wire out to BNYM account 9200******3766 | Wire out to BNYM account 9200******3766 | 9999-000 | -5,301.98 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 10/14/2010 05:36 PM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-66824 MGD | Trustee: | JANET G. WATTS (300350) |
| --- | --- | --- | --- |
| Case Name: | SHEARD, BRENDA L. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******37-66 - Checking Account |
| Taxpayer ID #: | **-***3988 | Blanket Bond: | $52,350,000.00 (per case limit) |
| Period Ending: | 09/30/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/25/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3766 | Wire in from JPMorgan Chase Bank, N.A. account ********3766 | 9999-000 | 5,301.98 | | 5,301.98 |
| 06/25/10 | 10102 | Brenda L. Sheard | reissue check to debtor<br>Voided on 08/03/10 | 8200-002 | | 5,301.98 | 0.00 |
| 08/03/10 | 10102 | Brenda L. Sheard | reissue check to debtor<br>Voided: check issued on 06/25/10 | 8200-002 | | -5,301.98 | 5,301.98 |
| 09/19/10 | 10103 | Clerk, United States Bankruptcy Court | check returned by attorney - could not locate debtor | 8200-002 | | 5,301.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,301.98 | 5,301.98 | $0.00 |
| | | | Less: Bank Transfers | | 5,301.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,301.98 | |
| | | | Less: Payments to Debtors | | | 5,301.98 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/14/2010 05:36 PM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 05-66824 MGD | Trustee: | JANET G. WATTS (300350) |
| --- | --- | --- | --- |
| Case Name: | SHEARD, BRENDA L. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******37-66 - Checking Account |
| Taxpayer ID #: | **-***3988 | Blanket Bond: | $52,350,000.00  (per case limit) |
| Period Ending: | 09/30/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****37-65 | 5,301.98 | 0.00 | 0.00 |
| Checking # ***-*****37-66 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******37-66 | 0.00 | 0.00 | 0.00 |
| | $5,301.98 | $0.00 | $0.00 |

{} Asset reference(s)

Printed: 10/14/2010 05:36 PM   V.12.54