UNITED STATES BANKRUPCY COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta DIVISION

IN THE MATTER OF:            Case No. : **05-66824-mgd**

                             : Chapter 7

**Brenda L. Sheard**          :
Debtor(s)                    : Judge **Mary Grace Diehl**

### PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of **$5,301.98** was issued in the above- styled bankruptcy case to **BRENDA L. SHEARD** whose mailing address at the time of issue was **240 Flint River Rd. D-4, Jonesboro, GA 30238**. Because that check was not cashed by said payee, pursuant to 11 U.S.C s347(a), on September 22, 2010, the trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to **BRENDA L. SHEARD** at **P.O. Box 162576, Atlanta, Georgia 30321-2576**. Retired Attorney James Jester made attempt to locate payee after receiving check.

This 29 ᵗʰ day of August, 2011.

Signature of Claimant Brenda L. Sheard
XXX- XX- 7680 -
Social Security or Tax ID number

Sworn to and subscribed to before
me this 29 day of August, 2011
29 August, 2011

Notary Public in and for the
State of GEORGIA
My commission expires November 23, 2013

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 7 |
| | : | |
| **Brenda L Sheard** | : | Case No.: **05-66824-mgd** |
| | : | |
| Debtor(s) | : | Judge **Diehl** |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On the 19th day of September, 2010, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $5,301.98 on behalf of Brenda L Sheard (Claimant). On August 29th, 2011, Claimant filed a petition seeking payment. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $5,301.98 payable to Brenda L. Sheard and shall send said check to payee at the following address: P.O. Box 162576, Atlanta, Georgia 30321-2576.

IT IS SO ORDERED this _____ day of _____, 20_.

_____
Mary Grace Diehl
UNITED STATES BANKRUPTCY JUDGE

Prepared by:
Brenda L. Sheard
P.O. Box 162576
Atlanta, Georgia 30321

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
__Atlanta__ DIVISION

IN THE MATTER OF:     :     CHAPTER __7__

Brenda L. Sheard     :     CASE NO. __05-66824-mgd__

Debtor(s)     :

### CERTIFICATE OF SERVICE

The undersigned [type or print name] __Brenda L. Sheard__
of [type or print address] __P.O. Box 162576, Atlanta, GA 30321-2576__

hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the __29th__ day of __August__, 20__11__, I served a copy of the foregoing Petition for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

    ☒     United States Attorney
             1800 Richard Russell Federal Building
             75 Spring Street, SE
             Atlanta, Georgia 30303

    ☐     [insert name and address of all other parties served]

Executed __August 29, 2011__     By: _____
           (Date)                   (Signature)

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Brenda L. Sheard
P.O. Box 162576
Atlanta, GA 30321-2576

To: U.S. Attorney
1800 Richard Russell Federal
75 Spring St. SE
Atlanta, Georgia 30303

U.S. POSTAGE PAID ATLANTA, GA 30342 AUG 29, 11 AMOUNT $1.15

PS Form 3817, April 2007  PSN 7530-02-000-9065